IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
CELGENE CORPORATION,                    )
                                        )
    Plaintiff-Counterclaim Defendant,   )   C. A. No. 10-348-GMS
                                        )
v.                                      )
                                        )
CYCLACEL PHARMACEUTICALS, INC.,         )
                                        )
    Defendant-Counterclaim Plaintiff.   )
-----------------------------------------------------------x

## JOINT STIPULATION AND ORDER FOR DISMISSAL *WITH PREJUDICE*

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff-Counterclaim Defendant Celgene Corporation and Defendant-Counterclaim Plaintiff Cyclacel Pharmaceuticals, Inc., by and through their undersigned counsel, do hereby stipulate and agree as follows:

1. All claims, counterclaims, and defenses asserted in this action are dismissed *with prejudice*; and

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

| | |
|---|---|
| */s/ Philip A. Rovner* | */s/ Frederick L. Cottrell, III* |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| Jonathan A. Choa (#5319) | Anne Shea Gaza (#4093) |
| Potter Anderson & Corroon, LLP | Elizabeth R. He (#5345) |
| 1313 N. Market Street | RICHARDS, LAYTON & FINGER, P.A. |
| Hercules Plaza, 6th Floor | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| (302) 984-6000 | Wilmington, DE 19801 |
| provner@potteranderson.com | (302) 651-7700 |
| jchoa@potteranderson.com | cottrell@rlf.com |
| | gaza@rlf.com |
| *Attorneys for Plaintiff/Counterclaim-Defendant Celgene Corporation* | he@rlf.com |
| | *Attorneys for Defendant and Counterclaim-Plaintiff Cyclacel Pharmaceuticals, Inc.* |
| Dated: April 3, 2013 | |

SO ORDERED this 4th day of April, 2013.

_____
The Honorable Gregory M. Sleet
Chief Judge, United States District Court